Riccardo Darnell JONES,
Plaintiff–Appellant,

v.

J. TRAVIS, Correctional Officer,
Defendant–Appellee.

No. 08–8288.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 9, 2009.

Riccardo Darnell Jones, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Riccardo Darnell Jones appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Travis*, No. 5:08–cv–00112–MU, 2008 WL 4642620 (W.D.N.C. Oct. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*